**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN A. FREITAS, | No. CIV S-07-1693-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Pursuant to the stipulation of the parties, plaintiff's motion for summary judgment is due by May 7, 2008. The remainder of the schedule is extended accordingly.

IT IS SO ORDERED.

DATED: April 7, 2008

                                                                                    _____
                                                                                    **CRAIG M. KELLISON**
                                                                                    UNITED STATES MAGISTRATE JUDGE